**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **KARONNACA VENZANT,**<br> *Plaintiff,* | § <br> § <br> § | |
| **v.** | § <br> § | **MO:25-CV-00555-DC** |
| **AMERICAN SAFETY SERVICES, INC.,**<br> *Defendant.* | § <br> § <br> § <br> § | |

**ORDER**

BEFORE THE COURT is the report and recommendation from United States Magistrate Judge Ronald C. Griffin concerning Defendant American Safety Services, Inc.'s Motion to Dismiss[1] and Motion to Strike.[2] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge issued his report and recommendation on June 10, 2026.[3]

28 U.S.C. § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the report and recommendations. The Court will review *de novo* the portions of the report and recommendations objected thereto. When no objections are timely filed, the Court need only review the magistrate judge's report and recommendation for clear error.[4]

---

[1] Doc. 17.

[2] Doc. 29.

[3] Doc. 30.

[4] Fed. R. Civ. P. 72 advisory committee's note.

Because no party in this case has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** the report and recommendation of the United States Magistrate Judge is **ADOPTED**. Defendant's Motion to Dismiss is **DENIED AS MOOT** in light of Plaintiff's Amended Complaint.[5] Further, Defendant's Motion to Strike is **DENIED**.[6]

Defendant is **ORDERED** to file a responsive pleading to Plaintiff's First Amended Complaint within 14 days of this Order.

It is so **ORDERED**.

SIGNED this 8th day of July, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[5] Doc. 17.
[6] Doc. 29.